# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN REICH, | CV F  06-1246 OWW DLB HC |
| Petitioner, | ORDER VACATING ORDER TO RESPOND ISSUED SEPTEMBER 18, 2006 |
| v. | [Doc. 3] |
| JEFFREY A. WRIGLEY, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 18, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order.

IT IS SO ORDERED.

Dated: **October 19, 2006**              /s/ *Dennis L. Beck*
3b142a                                    UNITED STATES MAGISTRATE JUDGE